IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 14-80011 WHA

IN THE MATTER OF

**ORDER OF SUSPENSION**

In the Matter of Matthew Howard Powell - #087602

                                                    /

    Because Matthew Howard Powell has failed to respond to the order to show cause, Mr. Powell's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   March 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE